IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK MION SCHWARMAN,

    Plaintiff,

v.                                    No. 13-cv-0161 SMV/CG

DANIEL LOPEZ, JOANN SALOME,
KARLA J. MONTOYA,
BD OF REGENTS FOR NEW MEXICO INSTITUTE
OF MINING & TECHNOLOGY, and NEW MEXICO
INSTITUTE OF MINING & TECHNOLOGY,

    Defendants.

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58, the Court hereby enters judgment in this matter. Having dismissed the action in an order entered concurrently herewith,

    **IT IS ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is entered **IN FAVOR OF DEFENDANTS** on all of Plaintiff's claims, which are hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**